UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
ZIMMERMAN, MARK A.  
ZIMMERMAN, ANGIE A.

Case No.: 19-28248-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on December 23, 2019at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. _4B_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 1798 FERRARI DRIVE, VINELAND NJ 08361<br>(FMV $233,000.00) |
|---|---|

| Liens on property: | $225,762.00- MIDLAND MTG |
|---|---|

| Amount of equity claimed as exempt: | $7,237.87 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-28248-ABA
Mark A. Zimmerman                                               Chapter 7
Angie A. Zimmerman
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Nov 20, 2019
                              Form ID: pdf905          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
```
db/jdb        +Mark A. Zimmerman,    Angie A. Zimmerman,    1798 Ferrari Drive,    Vineland, NJ 08361-6302
518477254      AT & T,    PO Box 41457,    Philadelphia, PA 19101-1457
518477249      Akron Billing Center,    P.O. Box 740021,    Attn: Emrg Assoc Of SJ,    Cincinnati, OH 45274-0021
518477253     +Apex Asset Mamanement Llc,    1891 Santa Barbara Dr Stw 204,    Lancaster, PA 17601-4106
518477255      Bank Of America,    PO Box 7047,    Dover, DE 19903-7047
518477258     +Citibank NA,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518477263     +Credit Control,    11821 Rock Landing Dr,    Newport News, VA 23606-4225
518477264     +Discover Bank,    325 Chestnut St, Ste 501,    Philadelphia, PA 19106-2605
518477266      Inspira Health,    P.O. Box 48274,    Newark, NJ 07101-8474
518477268     +Jefferson Health,    PO Box 88,    Philadelphia, PA 19105-0088
518477269      Labcorp,    PO Box 2240,    Burlington, NC 27216-2240
518477270     +Lyons Doughty & Veldhuis,    136 Gaither Drive, Suite 100,    Mt. Laurel, NJ 08054-2239
518477271     +MB financial services,    14372 Heritage parkway,    Fort Worth, TX 76177-3300
518477273      Midland Mortgage,    Po Box 5025,    Oklahoma City, OK 73126
518477274     +Morton & Craig LLC,    Deborah Morford Esq,    110 Marter Ave, Suite 301,
                Moorestown, NJ 08057-3124
518477276      Northstar Loaction Services,    4285 Genesee St,    Attn Financial Services Dept,
                Cheektowaga, NY 14225-1943
518477277     +PMAB LLC,    4135 S Stream Blvd Ste,    Charlotte, NC 28217-4636
518477278      PNC  Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
518477279      Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany NJ, NJ 07054-5020
518477280      Pro Co,    PO Box 2462,    Jefferson University Hospital,    Aston, PA 19014-0462
518477281      Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
518477282     +ROI,    PO box 549,    Timonium, MD 21094-0549
518477283      South Jersey Emer Phys,    2620 Ridgewood Road, Suite 300,    Akron, OH 44313-3527
518477285      Vineland Medical Center,    PO Box 62850,    Baltimore, MD 21264-2850
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 21 2019 00:52:45      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 21 2019 00:52:41       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/Text: ally@ebn.phinsolutions.com Nov 21 2019 00:51:33      Ally Capital,
                P.O. Box 130424,    Roseville, MN 55113-0004
518477251     +E-mail/Text: bkrpt@retrievalmasters.com Nov 21 2019 00:52:40      AMCA,    PO Box 1235,
                C/O Quest Diagnostics,    Elmsford, NY 10523-0935
518477250     +E-mail/Text: ally@ebn.phinsolutions.com Nov 21 2019 00:51:33      Ally Financial,
                PO Box 130424,    Saint Paul, MN 55113-0004
518477252     +E-mail/Text: bky@americanprofit.net Nov 21 2019 00:53:04      American Profit Recovery,
                34405 W 12 Mile Road, Ste 379,    Farmington Hills, MI 48331-5608
518477257      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 21 2019 01:04:31      Capital One Bank,
                PO Box 85015,    Richmond, VA 23285
518477259     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 21 2019 00:52:21
                Comenity Capital Bank/Boscovs,    PO Box 183003,    Columbus, OH 43218-3003
518477260     +E-mail/Text: convergent@ebn.phinsolutions.com Nov 21 2019 00:53:05      Convergent,
                500 SW 7th STreet - Building A 100,    C/O Verizon,    Renton, WA 98057-2983
518477261     +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 21 2019 00:53:27
                Credit Collection Services,    PO Box 55126,    RE:Jefferson health,    Boston, MA 02205-5126
518477262     +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 21 2019 00:53:27
                Credit Collection Services,    PO Box 55126,    Boston, MA 02205-5126
518477265      E-mail/Text: bknotice@ercbpo.com Nov 21 2019 00:52:49      ERC,    PO Box 23870,
                Jacksonville, FL 32241-3870
518477267      E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 21 2019 00:52:58      Jefferson Capital System,
                16 Mcleland Road,    RE: Verizon,    Saint Cloud, MN 56303
518477275     +E-mail/Text: mpma1944@aol.com Nov 21 2019 00:52:47      MPMA Collections,    PO Box 298,
                Millville, NJ 08332-0298
518477272     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 21 2019 00:52:40      Midland Funding,
                8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
518477284      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 21 2019 00:51:23
                Verizon,    PO Box 25087,    Wilmington, DE 19899-5087
518477286      E-mail/Text: BKRMailOps@weltman.com Nov 21 2019 00:52:51      Weltman Weinberg & Reis,
                325 Chestnut St Ste 501,    Philadelphia, PA 19106-2605
                                                                                               TOTAL: 17
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518477256    ##+Bridgeton Onized Credit Union,    2550 South Main Road,    Vineland, NJ 08360-7138
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Nov 20, 2019
                              Form ID: pdf905            Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                              Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:

```
              Andrew    Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Seymour    Wasserstrum    on behalf of Joint Debtor Angie A. Zimmerman mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour    Wasserstrum    on behalf of Debtor Mark A. Zimmerman mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```